UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARTHA ADINOLFI, | : | |
| | : | |
|    Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO. 3:05CV1380 (RNC) |
| | : | |
| NEW PRIME, INC., ET AL., | : | |
| | : | |
|    Defendants. | : | |

ORDER

The Parties have reported that this action has been settled in full.  Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before June 9, 2006.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before June 9, 2006.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

So ordered.

Dated at Hartford, Connecticut this      day of May 2006.

                                                         /s/
Robert N. Chatigny, U.S.D.J.